BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7223
    FAX: (415) 436-7234
    tom.colthurst@usdoj.gov

Attorneys for United States of America

FILED
MAY 24 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 95-CR-40139-EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JORGE CARRANZA, | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to the following defendant (and only this defendant) without prejudice, and moves that the Court quash the arrest warrant for this defendant issued in connection with this case: Jorge Carranza (defendant #1).

DATED: May 19, 2016

    Respectfully submitted,

    BRIAN J. STRETCH
    United States Attorney

    DAVID R. CALLAWAY
    Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 95-CR-40139-EXE

ORDER

Leave is granted to the government to dismiss the indictment as to the following defendant: Jorge Carranza (defendant #1). It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: 5/23/16

THE HONORABLE RICHARD SEEBORG
United States District Judge

NOTICE OF DISMISSAL
Case No. 95-CR-40139-EXE